# Exhibit A

*Figure 1A: Browsing Stage (FTD Homepage)*



*Figure 1B: The Browsing Stage (FTD "Birthday Flowers" Landing Page)*



**Figure 2: The Product Evaluation Stage (FTD's "You're So Precious" Landing Page)**

*Figure 3: The Purchase Initiation Stage (FTD's Prompt to Add Optional Items)*

*Figure 4: The Delivery Information Stage*



*Figure 5A: The Payment Information Stage (Maximized Browser View)*

*Figure 5B: Payment Information Stage (Minimized, Tablet, or Smart Phone Browser View)*





PLACE ORDER

## ORDER SUMMARY

| | |
|---|---|
| Order Subtotal | $55.00 |
| Delivery Fee | $19.99 |
| Tax | $7.50 |
| **Total** | **$82.49** |

## CART

Edit

You're Precious Bouquet - Standard
Item #YPBS
Florist Crafted & Delivered

$55.00

Remove

Cart ID: 296761080

## DELIVERY

**Delivery To:**
22525 Pacific Coast Hwy, Malibu, CA 90265

Edit

**Deliver On:**
Thu, Feb 6

Edit