UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAYO INOUE A/K/A MAIO INOUE, TAYLOR PULBROOK, ALYSSA SCHAFFER, LAURA VINCENZI, AND ANDREA CIAMPI, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>FTD, LLC,<br><br>*Defendant.* | Case No. 1:25-cv-01016<br>Hon. Edmond E. Chang |

## JOINT STATUS REPORT

Plaintiffs Mayo Inoue, Taylor Pulbrook, Alyssa Schaffer, Laura Vincenzi, and Andrea Ciampi ("Plaintiffs") and Defendant FTD, LLC ("Defendant"), the parties to the above-entitled action (collectively, "Parties") respectfully submit this Joint Status Report pursuant to the Court's June 13, 2025, Minute Order. (ECF No. 58.)

On June 10, 2025, the Parties submitted a Joint Motion to Stay the Case Pending Mediation, requesting that the Court stay all proceedings and deadlines in the action pending the outcome of a private mediation ("Motion"). (ECF No. 56.) At the time of the filing of the Motion, the Parties had not yet selected a mediator or scheduled a mediation date. The Parties indicated that they would be willing and able to submit a Joint Status Report within seven days of the selection of a mediator and mediation date to notify the Court of the mediation schedule.

On June 12, 2025, the Parties reached an agreement to mediate with Hon. Wayne R. Andersen (Ret.) on August 7, 2025.

1

On June 13, 2025, the Court issued a Minute Order granting the Motion and ordering the Parties to file a Joint Status Report by the earlier of (a) within seven days of the setting of the mediation date; or (b) July 3, 2025. (ECF No. 58.)

Accordingly, the Parties submit this Joint Status Report to inform the Court of the mediator and scheduled mediation date.

The Parties are willing and able to submit a further Joint Status Report within one week after the mediation, advising the Court whether the mediation has been successful, is continuing, or whether the Parties will resume litigation. If, at any time, either party believes that continued mediation would no longer be fruitful, the Parties will promptly notify the Court.

Dated: June 20, 2025                                    Respectfully submitted,

| | |
|---|---|
| **CLARKSON LAW FIRM, P.C.** | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| */s/ Kristen Simplicio* | |
| Bryan Paul Thompson (IARDC # 6310322) | */s/ Robert Y. Sperling* |
| *bthompson@clarksonlawfirm.com* | Robert Y. Sperling (Bar No. 2688093) |
| Cody Laux (*pro hac vice*) | *rsperling@paulweiss.com* |
| *claux@clarksonlawfirm.com* | Katherine B. Forrest (*pro hac vice*) |
| 22525 Pacific Coast Highway | *kforrest@paulweiss.com* |
| Malibu, CA 90265 | Staci Yablon (*pro hac vice*) |
| Tel: (213) 788-4050 | *syablon@paulweiss.com* |
| Fax: (213) 788-4070 | Xinshu Sui (*pro hac vice*) |
| | *xsui@paulweiss.com* |
| Kristen Simplicio (*pro hac vice*) | 1285 Avenue of the Americas |
| *ksimplicio@clarksonlawfirm.com* | New York, NY 10019 |
| 1050 Connecticut Ave NW, Ste 500 | 212-373-3000 |
| Washington, DC 20036 | *Attorneys for Defendant FTD, LLC.* |
| Tel.: (202) 688-2105 | |
| Fax: (213) 788-4070 | |
| *Attorneys for Plaintiff Mayo Inoue* | |

**SHAMIS & GENTILE, P.A.**
Andrew J. Shamis (SBN 6337427)
Edwin E. Elliott
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
Phone: 305-479-2299
*ashamis@shamisgentile.com*
*edwine@shamisgentile.com*

**EDELSBERG LAW, P.A.**
Scott Edelsberg
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Phone: 786-289-9471
*scott@edelsberglaw.com*

**KALIEL GOLD PLLC**
Jeffrey D. Kaliel
*jkaliel@kalielpllc.com*
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Telephone: (202) 350-4783

Sophia Goren Gold
490 43rd Street, No. 122
Oakland, California 94609
Telephone: (202) 350-4783
*sgold@kalielgold.com*

*Attorneys for Plaintiffs Taylor Pulbrook, Alyssa Schaffer, Laura Vincenzi, and Andrea Ciampi*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of June, 2025, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will electronically serve all attorneys of record.

By: /s/ *Robert Y. Sperling*