**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MAYO INOUE A/K/A MAIO INOUE, TAYLOR PULBROOK, ALYSSA SCHAFFER, LAURA VINCENZI, AND ANDREA CIAMPI, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs,* <br><br> v. <br><br> FTD, LLC, <br><br> *Defendant.* | Case No. 1:25-cv-01016 <br> Hon. Edmond E. Chang |

## NOTICE OF PRESENTMENT

To: Plaintiffs Mayo Inoue, Taylor Pulbrook, Alyssa Schaffer, Laura Vincenzi, Andrea Ciampi, and their Attorneys of Record

**PLEASE TAKE NOTICE** that on September 17, 2025, at 8:30 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant FTD, LLC will appear before The Honorable Judge Edmond E. Chang, or any judge sitting in his stead, in Courtroom 2341 of the United States District Court for the Northern District of Illinois, Eastern Division, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present DEFENDANT'S MOTION TO COMPEL ARBITRATION AND TO STAY THESE PROCEEDINGS, a copy of which is hereby served upon you.

1

| | |
|---|---|
| Dated: September 12, 2025 | Respectfully submitted, |

        **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
        */s/ Robert Y. Sperling*
        Robert Y. Sperling (Bar No. 2688093)
        *rsperling@paulweiss.com*
        Katherine B. Forrest (*pro hac vice*)
        *kforrest@paulweiss.com*
        Staci Yablon (*pro hac vice*)
        *syablon@paulweiss.com*
        Xinshu Sui (*pro hac vice*)
        *xsui@paulweiss.com*
        1285 Avenue of the Americas
        New York, NY 10019
        212-373-3000
        *Attorneys for Defendant FTD, LLC.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of September, 2025, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will electronically serve all attorneys of record.

By: /s/ *Robert Y. Sperling*