**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Mayo Inoue, et al.

Plaintiff,

v.

Case No.: 1:25−cv−01016
Honorable Edmond E. Chang

FTD, LLC

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 15, 2025:

MINUTE entry before the Honorable Edmond E. Chang: The Defendant's motion
to seal [63] is granted provisionally. The Court will again review the propriety of sealing
after reviewing the upcoming status report and when evaluating the underlying motion.
The notice of motion [68] on the motion to compel arbitration is vacated because the
Court will set the briefing schedule after reviewing the status report, see R. 62. Emailed
notice(mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.