**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MAYO INOUE A/K/A MAIO INOUE, TAYLOR PULBROOK, ALYSSA SCHAFFER, LAURA VINCENZI, and ANDREA CIAMPI, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>FTD, LLC,<br><br>*Defendant*. | Case No. 1:25-cv-01016<br><br>Honorable Edmond E. Chang |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Mayo Inoue a/k/a Maio Inoeu, Taylor Pulbrook, Alyssa Schaffer, Laura Vincenzi, and Andrea Ciampi, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Mayo Inoue a/k/a Maio Inoeu, individually, are hereby dismissed without prejudice.

2. All claims of the Plaintiff, Taylor Pulbrook, individually, are hereby dismissed without prejudice.

3. All claims of the Plaintiff, Alyssa Schaffer, individually, are hereby dismissed without prejudice.

4. All claims of the Plaintiff, Laura Vincenzi, individually, are hereby dismissed without prejudice.

5. All claims of the Plaintiff, Andrea Ciampi, individually, are hereby dismissed without prejudice.

6. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: March 16, 2026

Respectfully Submitted,

**SHAMIS & GENTILE, P.A.**

*/s/ Edwin E. Elliott*
Edwin E. Elliott
IL Bar No. FL1024900
edwine@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

By: *_/s/ Edwin E. Elliott_*
Edwin E. Elliott